**WO**                                                                                                     KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Royce-Wayne Gibbons, | ) No. CV 07-1456-PHX-SMM (JCG) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph Arpaio, et al., | ) |
| Defendants. | ) |

On July 9, 2007, Plaintiff Royce-Wayne Gibbons, who is confined in the Maricopa County Fourth Avenue Jail, filed a *pro se* Complaint in Maricopa County Superior Court. Defendants removed the action to this Court on July 31, 2007 and paid the $350.00 filing fee.

On August 21, 2007, the Court dismissed the Complaint and gave Plaintiff 30 days to file an Amended Complaint. On August 24, 2007, Plaintiff filed a Motion for Default Judgment (Doc. #8). On August 27, 2007, Defendants filed a Motion to Strike Plaintiff's Motion for Default Judgment. (Doc. #9).

Defendants are not required to answer the Complaint until the Court has completed the screening process and requires Defendants to file an answer. See 42 U.S.C. § 1997e(g). Plaintiff has not yet filed an Amended Complaint, and the Court is unable to complete screening of Plaintiff's claims until Plaintiff does so. Accordingly, the Court will deny both Plaintiff's Motion for Default Judgment and Defendants' Motion to Strike as moot.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's August 24, 2007 Motion for

Default Judgment (Doc. #8).

**IT IS FURTHER ORDERED DENYING** as **MOOT** Defendants' August 27, 2007 Motion to Strike Plaintiff's Motion for Default Judgment (Doc. #9)

DATED this 18th day of September, 2007.

Stephen M. McNamee
United States District Judge

- 2 -