**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Royce-Wayne Gibbons,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CV 07-1456-PHX-SMM (JCG)<br><br>**ORDER** |

　　　　It appearing to the Court that Defendants' Motion to Dismiss (Doc. No. 15) is ready for the Court's consideration,

　　　　**IT IS HEREBY ORDERED** withdrawing the reference of this case to the Magistrate Judge as to Defendants' Motion to Dismiss (Doc. No. 15). All other matters shall remain with Magistrate Judge Guerin for disposition as appropriate.

　　　　DATED this 20th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge