**WO**                                                                                          KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Royce-Wayne Gibbons, | ) | No. CV 07-1456-PHX-SMM (JCG) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

It appearing to the Court that Defendant's Motion for Partial Summary Judgment (Doc. 31) is now ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion (Doc. 31). However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 23rd day of July, 2008.

Stephen M. McNamee
United States District Judge