**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROYCE-WAYNE GIBBONS,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH ARPAIO,<br><br>      Defendant, | No. CV 07-1456-PHX-SMM (JCG)<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Plaintiff's Amended Complaint asserting claims against Defendants arising under 42 U.S.C. § 1983 (Doc. #11). Defendants have filed a Motion to Dismiss (Doc. #45), and Plaintiff has not responded. On February 18, 2009 Magistrate Judge Jennifer C. Guerin filed a Report and Recommendation with this Court (Doc. #46). To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is

1 a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."
2 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth,

**IT IS ORDERED** that the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. #46).

**IT IS FURTHER ORDERED GRANTING** Defendant's Motion to Dismiss (Doc. #45).

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint (Doc. #11) and this action are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED this 17th day of March, 2009.

_____
Stephen M. McNamee
United States District Judge